# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JOHN K STEPHENSON, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:16-CV-00071-JRG-RSP |
| § | |
| CATERPILLAR INC. AND SEARS § | |
| MANUFACTURING CO., § | |
| § | |
| *Defendants*. § | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report & Recommendation (Dkt. No. 370) by the Magistrate Judge, which recommends that Defendant Caterpillar Inc.'s motion for summary and declaratory judgment as to Defendant Sears Manufacturing Co.'s alleged duty to defend and indemnify Caterpillar (Dkt. No. 179) and motion for summary judgment as to each of Plaintiff's claims against Caterpillar (Dkt. No. 194) be denied.

The Court has considered the objections filed by Caterpillar and finds them to be without sufficient merit. (Dkt. No. 403). All of the arguments raised in the objections were properly considered by the Magistrate Judge, and this Court, on *de novo* review, finds no error in the findings and recommendations.

Having reviewed Caterpillar's motions and replies (Dkt. Nos. 237 and 242), Sears's response (Dkt. No. 227) and sur-reply (Dkt. No. 244), Plaintiff's response (Dkt. No. 230) and sur-reply (Dkt. No. 247), and Caterpillar's objection to evidence and arguments in Plaintiff's sur-reply (Dkt. No. 248), the Court concludes that the Report & Recommendation   (Dkt. No.

370) is hereby **ADOPTED**. Accordingly, Caterpillar's motion for summary and declaratory judgment (Dkt. No. 179) and motion for summary judgment (Dkt. No. 194) are **DENIED**.

**So ORDERED and SIGNED this 28th day of February, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE